**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-3 |
| | ) | |
| JOHNNY BERNARD WILLINGHAM | ) | |

<u>ORDER</u>

The above captioned case filed in the Augusta Division of this Court was previously

assigned to the Honorable J. Randal Hall.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable Dudley H.

Bowen for further plenary disposition.

So ORDERED, this __7__ day of February, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA